Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Edward Alan Stone Jr    **Case Number:** 0101 1:14CR10228

**Name of Sentencing Judicial Officer:** Honorable Denise J. Casper, U.S. District Judge

**Date of Original Sentence:** June 08, 2015

**Original Offense:** Three Counts of Bank Robbery in Violation of 18 U.S.C. § 2113(a)

**Original Sentence:** 80 months of custody followed by 36 months of supervised release

**Type of Supervision:** Term of Supervised Release    **Date Supervision Commenced:** January 19, 2021

## PETITIONING THE COURT

[ ]    To extend the term of supervision for   years, for a total term of   years
[X]    To modify the conditions of supervision as follows:

The defendant shall reside at Coolidge House for up to 6 months, or until the defendant can secure a residence approved by the Probation Office. While at the Residential Re-Entry Center, the defendant shall observe the rules of the facility.

## CAUSE

On April 7, 2021, this officer was informed by the Hull Police Department that they responded to Mr. Stone's sister's address where he was staying on April 6, 2021. At the time of their response, it was reported that Mr. Stone was under the influence of alcohol and marijuana and was in a verbal argument with his sister. His sister was concerned that he could become physical with her or her two-year-old child and contacted law enforcement. Mr. Stone was directed to leave the residence and did so. This officer spoke to his sister who denied the argument became physical or that either party was under the influence. The police report confirmed that Mr. Stone was not under the influence, that there was no physical incident, and that Mr. Stone left the residence willingly.

On April 7, 2021, this officer met with Mr. Stone who agreed to a referral to the Residential Reentry Center due to ongoing difficulties at his sister's residence. Mr. Stone also lacks alternative housing options. Mr. Stone reports he will stay temporarily with a friend. Mr. Stone provided a drug test on this date. He admitted he smoked marijuana two days prior. His drug test returned positive for marijuana.

Reviewed/Approved by:                                         Respectfully submitted,

*/s/ Gina P Affsa*                                            */s/ Jessica  Turkington*
Gina P Affsa                                                  by Jessica  Turkington
Supervisory U.S. Probation Officer                            U.S. Probation Officer
                                                              Date:         4/7/2021

| Prob 12B | - 2 - | Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender |
|---|---|---|

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

*Denise J. Casper*
Honorable Denise J. Casper,
U.S. District Judge

April 12, 2021
Date

PROB 49
(3/89)

# United States District Court

For the District of Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, Edward Alan Stone Jr, Dkt No 0101 1:14CR10228-002001, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside at Coolidge House for up to 6 months, or until the defendant can secure a residence approved by the Probation Office. While at the Residential Re-Entry Center, the defendant shall observe the rules of the facility.

Witness _____  Signed _____
         (U.S. Probation Officer)              (Probationer or Supervised Releasee)

4/7/2021
(Date)