

# Memorandum

To: The Honorable Denise J. Casper, U.S. District Judge

From: Jessica Turkington, Senior U.S. Proabtion Officer

CC: Joshua Hanye, Defense Counsel
Brian Perez-Daple, AUSA

Date: April 20, 2021

Re: Stone Jr., Edward
Dkt # 1:14CR10228
Restitution Obligation and Repayment Schedule

---

On February 27, 2015, Mr. Stone pled guilty at a Rule 11 Hearing to Three Counts of Bank Robbery in Violation of 18 U.S.C. § 2133(a). On June 8, 2015, Mr. Stone appeared before Your Honor and was sentenced to 80 months in the custody of the Bureau of Prisons to be followed by 3 years of supervised release with special conditions. The Court also imposed restitution in the amount of $18,257.00 and a special assessment of $300. He has made payments in the amount of $50 in this matter. His outstanding balance is $18,507.00.

This memorandum serves as notification that the above-named defendant is unable to pay his restitution at this time. It is the responsibility of the supervising probation officer to notify the Court of a defendant's inability to pay financial obligations ordered by the Court at the time of sentencing.

Mr. Stone released from the Bureau of Prisons on January 19, 2021. On January 23, 2021, he entered inpatient treatment at Gosnold. As Your Honor is aware, via Probation 12C Petition and Affidavit for Warrant for Offender Under Supervision filed on March 5, 2021, Mr. Stone was discharged from Miller House on February 21, 2021. Following his discharge from treatment, Mr. Stone utilized methamphetamine, entered AdCare detox on March 2, 2021, and left against medical and probation direction on March 4, 2021. Mr. Stone is scheduled to appear before Your Honor on April 29, 2021 for a final revocation hearing. The primary focus of Mr. Stone's supervised release is to support his recovery and engagement in mental health and substance abuse services to assist him with obtaining stability in his life. Mr. Stone is presently unemployed.

As a result, Mr. Stone is unable to provide monetary funds towards his restitution. We are respectfully requesting that his payments be suspended at this time. Once his substance use disorder and mental health become more stable, we will reassess his ability to secure employment, make necessary payments, and notify Your Honor accordingly.

It is respectfully requested that the Court indicate below its position on the proposed payment suspension.

Respectfully submitted by:
*/s/Jessica Turkington*
Jessica Turkington
Senior U.S. Probation Officer

Reviewed/Approved by:
*/s/Gina Affsa*
Gina Affsa
Supervising U.S. Probation Officer

[X]  The defendant's monthly payments are suspended
[ ]  Other:_____

_____          April 23, 2021
Honorable Denise J. Casper
U.S. District Judge